Case No.    5:19-cr-9    U.S. v.   Isaiah Hicks

## NOTICE TO COUNSEL

Before proceeding with the scheduled motions hearing in this case, the Court directs counsel for the parties to answer the following inquires.

1. Have all of your pretrial motions been satisfied or otherwise resolved? _____

2. Please list any unresolved motions which required a ruling by the court and indicate whether argument is requested and/or whether an evidentiary hearing is required. **Any motion which is not listed will be dismissed as moot.**

3. If a hearing is not required, please indicate so and return.

| Nature of Motion | Argument Requested | Evidentiary Hearing Required |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| (11) | | |
| (12) | | |

Signature of Attorney                                  Counsel for:

**USA v. Isaiah Hicks, 5:19-cr-9**

**BY DIRECTION OF THE COURT: E-FILE this document on or before noon,   August 2, 2019**

**Kim Mixon
Courtroom Deputy Clerk
801 Gloucester Street
Brunswick, Georgia 31521**